# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

## January 31, 2014

| | | |
|---|---|---|
| CAAP–12–00 00586 | Ah Sing v. State | Affirmed |
| CAAP–10–00 00225 | State v. Muller | Vacated and Remanded |

## February 5, 2014

| | | |
|---|---|---|
| CAAP–13–00 00039 | State v. Reed | Affirmed |

## February 13, 2014

| | | |
|---|---|---|
| CAAP–11–00 00341 | Arthur v. Goodfellow Bros., Inc. | Affirmed |